

# Fourth Court of Appeals
## San Antonio, Texas

November 12, 2019

No. 04-19-00189-CR

Victor Manuel **PEREZ,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR6059
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

The State's Second Motion for Extension of Time to File Brief is hereby GRANTED.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of November, 2019.

MICHAEL A. CRUZ,
Clerk of Court